UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MATTHEW CANNON

VERSUS

NATIONAL GENERAL INSURANCE COMPANY

CIVIL ACTION

NO. 23-1165-JWD-RLB

## JUDGMENT

For written reasons assigned (Doc. 18):

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of Defendant National General Insurance Company and against Plaintiff Matthew Cannon and that all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE.**

Signed in Baton Rouge, Louisiana, on May 29, 2024.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**